## UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

**UNITED STATES OF AMERICA,**

        Plaintiff,

     v.

**YVETTE BONNEAU,**

        Defendant.

**Case No. CR05-5494 RBL**

**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION**

**THIS MATTER** comes on for an initial hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of supervision by failing to report as directed and by using methamphetamine on August 3, August 11, and August 22.

The plaintiff appears through Assistant United States Attorney, MICHAEL DION

The defendant appears personally and represented by counsel, MARY KAY HIGH; the defendant was advised of the allegations.

The court finds probable cause with regard to the allegation(s) and schedules a hearing on the petition to be held at the time and date below set forth before Judge J. K. ARNOLD .

      <u>*Date of hearing:*</u>    <u>SEPTEMBER 14, 2005</u>

      <u>*Time of hearing:*</u>    2:00 P.M.

**IT IS ORDERED** that the defendant:

( )  Be released on an appearance bond, subject to the terms and conditions set forth thereon.

( X )  Be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

      September 8, 2005.

      /s/ J. Kelley Arnold
      J. Kelley Arnold, U.S. Magistrate Judge

ORDER
Page - 1