## UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>YVETTE BONNEAU,<br><br>　　　　　Defendant. | Case No.  CR05-5494RBL<br><br>ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION |

　　**THIS MATTER** comes on for an initial hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of supervision.

　　The plaintiff appears through Assistant United States Attorney, MICHAEL DION;

　　The defendant appears personally and represented by counsel, MARY KAY HIGH;

　　The U.S. Pretrial Services Office and the U.S. Attorney requesting that violations 1), 2), and 3) be dismissed; the defendant acknowledging that she did in fact violate the conditions of her bond as set forth in violation **4) Use of methamphetamine on or about August 22, 2005**; and the court being satisfied that the defendant understands her right to a hearing and enters her admission freely and voluntarily,

　　**NOW THEREFORE, IT IS ORDERED** that the defendant be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

　　The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Pretrial Services Office.

　　　　　　　　　　　　　　　September 14, 2005.


　　　　　　　　　　　　　　　_/s/ J. Kelley Arnold_____
　　　　　　　　　　　　　　　J. Kelley Arnold, U.S. Magistrate Judge

ORDER
Page - 1